IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SAVINGS FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ESPINOZA DECORATING, INC., an Illinois corporation; and RUBEN ESPINOZA, individually, <br><br> Defendants. | No. 21-cv-800 <br><br> Judge Tharp <br><br> Magistrate Judge Cummings |

## NOTICE OF DISMISSAL

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, PAUL M. EGAN, JAMES R. ANDERSON, BRIAN C. JAMES, GRANT R. PIECHOCINSKI and ARNOLD AND KADJAN LLP, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), voluntarily dismiss this action without prejudice and state that the Defendant has neither served an Answer nor a Motion for Summary Judgment.

TRUSTEES OF THE CHICAGO PAINTERS et al

s/s     James R. Anderson
One of their attorneys

DONALD D. SCHWARTZ
PAUL M. EGAN
JAMES R. ANDERSON
BRIAN C. JAMES
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312)236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SAVINGS FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ESPINOZA DECORATING, INC., an Illinois corporation; and RUBEN ESPINOZA, individually, <br><br> Defendants. | No. 21-cv-800 <br><br> Judge Tharp <br><br> Magistrate Judge Cummings |

**CERTIFICATE OF SERVICE**

TO: Espinoza Decorating, Inc.
c/o Ruben Espinoza
2231 N. Rockwell
Chicago, IL 60647

That the undersigned, an attorney of record, hereby certifies that the Notice of Dismissal was sent via First Class Mail service to the party listed at the above indicated address.

TRUSTEES OF THE CHICAGO PAINTERS AND
DECORATORS PENSION FUND ET AL.

/s/   James R. Anderson

Donald D. Schwartz
James R. Anderson
Brian C. James
Grant R. Piechocinski
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
Tel: (312) 236-0415